Case 1:09-cr-01239-PKC   Document 30   Filed 03/23/2010   Page 5 of 6

UNITED STATES DISTRICT COURT
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-10
```

UNITED STATES OF AMERICA )
)
)
v. ) Crim. No. S1-09-cr-1239
)
ANTHONY ARILLOTTA, )
  a/k/a "Bingy", )
)
Defendant. )

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Richard S. Berne, attorney for the Defendant Anthony Arillotta, and Mr. Berne's affidavit in support;

**IT IS HEREBY ORDERED** that

Thomas J. Butters
Butters Brazilian LLP
One Exeter Plaza
Boston, Massachusetts 02116
P: 617-367-2600
F: 617-367-1363
butters@buttersbrazilian.com

is admitted to practice pro hac vice as counsel for Anthony Arillotta in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March ___, 2010

United States District/Magistrate Judge